SCWC-13-0000058

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SHIRLEY PISO PICO,
Petitioner/Claimant-Appellant,

vs.

KAPIOLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,
nka HAWAIʻI PACIFIC HEALTH,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000058; CASE NO. AB2012-347)

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On September 26, 2014, Petitioner/Claimant-Appellant Shirley Piso Pico filed a "Motion for Reconsideration and Declaration" of the September 17, 2014 order rejecting her application for writ of certiorari. The rejection of an application for writ of certiorari is not subject to a motion for reconsideration in the supreme court. See HRAP 40.1(h) ("Neither acceptance nor rejection of an application for writ of certiorari shall be subject to a motion for reconsideration in the supreme

court."). Moreover, there is no basis for clarification of the September 17, 2014 order. Accordingly,

IT IS HEREBY ORDERED that Petitioner's motion is dismissed.

DATED: Honolulu, Hawai'i, October 6, 2014.

Shirley Piso Pico
pro se

 /s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson